NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SHANE LEON HAPPEL,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D17-1217
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
                                      )
_____)

Opinion filed May 11, 2018.

Appeal from the Circuit Court for Pinellas
County; Joseph A. Bulone, Judge.

Rachael E. Bushey of O'Brien Hatfield, P.A.,
Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Bilal A. Faruqui, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, MORRIS, and ATKINSON, JJ., Concur.